# NO. 12-13-00335-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SECURENET MEDICAL, LTD., YOUNG MEDICAL EQUIPMENT, INC., AND LEONARD YOUNG, APPELLANTS* | § | *APPEAL FROM THE 115TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ROYAL CASE CO., INC., APPELLEE* | § | *UPSHUR COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Appellants have filed a motion to dismiss this appeal. In their motion, Appellants state that they no longer wish to pursue the appeal and that the parties have agreed to the motion. Because Appellants have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***. Pursuant to the agreement of the parties, costs are assessed against the party incurring them. TEX. R. APP. P. 42.1(d).

Opinion delivered January 8, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 8, 2014**

**NO. 12-13-00335-CV**

**SECURENET MEDICAL, LTD., YOUNG MEDICAL EQUIPMENT, INC., AND LEONARD YOUNG,**
Appellants
V.
**ROYAL CASE CO., INC.,**
Appellee

---

Appeal from the 115th District Court

of Upshur County, Texas (Tr.Ct.No. 153-13)

---

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are assessed against the party incurring them.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*